MICHAEL B. BROWN (SB #179222)
michael.brown@stoel.com
KRISTEN T. CASTAÑOS (SB #198672)
kristen.castanos@stoel.com
LAUREN V. NEUHAUS (SB #327698)
lauren.neuhaus@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

GREGORY C. GATTO (SB #226903)
greg@sierralanduselaw.com
LAW OFFICE OF GREG GATTO
PO Box 85
Calpine, CA 96124
Telephone: 530.205.6503

Attorneys for Defendants
George and Virginia Johannessen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARROSH,<br><br>                Plaintiff,<br><br>        v.<br><br>TAHOE REGIONAL PLANNING AGENCY; GEORGE AND VIRGINIA JOHANNESSEN,<br><br>                Defendants. | Case No. 2:21-cv-01969-KJM-JDP<br><br>STIPULATION RE BRIEFING SCHEDULE FOR PLAINTIFF'S RULE 12(C) MOTION; ORDER |

Stoel Rives LLP
Attorneys At Law
Sacramento

STIP AND ORDER RE BRIEFING SCHEDULE
FOR PLAINTIFF'S RULE 12(C) MOTION

-1-

2:21-CV-01969-KJM-JDP

117817048.2 0076225-00001

**STIPULATION**

WHEREAS, on November 10, 2022, the Court denied Defendant Tahoe Regional Planning Agency's ("TRPA") motion to dismiss the first claim in Plaintiff Michael Harrosh's ("Plaintiff") complaint ("Complaint") against TRPA and George and Virginia Johannessen ("Johannessens") (collectively, TRPA and the Johannessens are referred to as "Defendants") (ECF No. 48, p. 21);

WHEREAS, Plaintiff now seeks to file a motion for judgment on the pleadings under Federal Rules of Civil Procedure ("Rule") 12(c);

WHEREAS, the Parties have met and conferred on Plaintiff's Rule 12(c) motion and, while they were not able to narrow their differences on the substances, appropriateness, or efficiency of the motion, they were able to agree on a stipulated extended briefing schedule for the motion. By entering into this stipulation, no party waives any arguments or defenses related to Plaintiff's motion; and

WHEREAS, Plaintiff and Defendants intend to submit an accompanying stipulation regarding the briefing schedule for cross motions for summary judgment on the administrative record pursuant to Rule 56 and Local Rule 261.

NOW THEREFORE Plaintiff and Defendants, through their counsel, having met and conferred, stipulate as follows:

1. Plaintiff's Rule 12(c) motion shall be set for hearing on February 17, 2023 at 10:00 a.m., or as soon thereafter as convenient with the Court's schedule;
2. If the hearing date is set for February 17, 2023, Plaintiff's Rule 12(c) motion shall be filed no later than December 16, 2022;
3. Defendants' opposition to Plaintiff's Rule 12(c) motion shall be filed no later than January 13, 2023; and
4. Plaintiff's reply brief shall be filed no later than January 27, 2023.

///
///
///
///

| | | |
|---|---|---|
| Dated: December 16, 2022 | | STOEL RIVES LLP |

By: /s/ Michael B. Brown
MICHAEL B. BROWN
KRISTEN T. CASTANOS
LAUREN V. NEUHAUS
Attorneys for Defendants
George and Virginia Johannessen

Dated: December 16, 2022                                    BRISCOE IVESTER & BAZEL LLP

By: /s/ Peter Prows
TONY FRANCOIS
PETER PROWS
Attorneys for Plaintiff
Michael Harrosh

Dated: December 16, 2022                                    LEONARD LAW PC

By: /s/ Debbie Leonard
DEBBIE LEONARD
Attorneys for Defendant
Tahoe Regional Planning Agency

## **ORDER**

Upon stipulation of the parties, and good cause appearing, it is ORDERED that:

1. Plaintiff's Rule 12(c) motion shall be set for hearing on February 17, 2023, at 10:00 a.m.

2. Plaintiff's Rule 12(c) motion, should Plaintiff file said motion, shall be filed no later than December 16, 2022;

3. Defendants' opposition to Plaintiff's Rule 12(c) motion shall be filed no later than January 13, 2023.

4. Plaintiff's reply brief shall be filed no later than January 27, 2023.

DATED: December 23, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIP AND ORDER RE BRIEFING SCHEDULE
FOR PLAINTIFF'S RULE 12(C) MOTION                    -3-                    2:21-CV-01969-KJM-JDP

117817048.2 0076225-00001

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stoel Rives LLP
Attorneys At Law
Sacramento

STIP AND ORDER RE BRIEFING SCHEDULE
FOR PLAINTIFF'S RULE 12(C) MOTION    -4-    2:21-CV-01969-KJM-JDP

117817048.2 0076225-00001