Tony Francois (CBN 184100)
Peter Prows (CBN 257819)
BRISCOE IVESTER & BAZEL LLP
235 Montgomery Street, Suite 935
San Francisco, CA 94104
Telephone: (415) 402-2700
Facsimile: (415) 398-5630
Email: tfrancois@briscoelaw.net
Email: pprows@briscoelaw.net

Attorneys for Plaintiff MICHAEL HARROSH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARROSH, <br><br> Plaintiff, <br><br> v. <br><br> TAHOE REGIONAL PLANNING AGENCY, GEORGE AND VIRGINIA JOHANNESSEN, <br><br> Defendants. | No. 2:21-cv-01969 <br><br> **STIPULATION AND ORDER TO MODIFY SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT ON THE ADMINISTRATIVE RECORD** |

**STIPULATION**

WHEREAS in paragraph (c) its Scheduling Order of January 5, 2023 (ECF 68), this Court set the deadline for Plaintiff Harrosh to file his opening brief on summary judgment at "45 days after compliance with any order resolving" motions concerning the contents of the administrative record;

WHEREAS Mr. Harrosh timely filed a motion to supplement the administrative record (ECF 84), which the Court denied on April 5, 2023 (ECF 89);

WHEREAS Mr. Harrosh's opening brief on summary judgment is currently due on May 22, 2023;

WHEREAS Defendant Tahoe Regional Planning Agency intends to lodge a Third Amended Administrative Record this week;

WHEREAS the Parties agree with Mr. Harrosh's request that the deadline to file his opening brief on summary judgment should be extended;

NOW THEREFORE the Parties stipulate as follows:

Paragraph (c) of the Scheduling Order (ECF 68) should be amended to set the deadline for Plaintiff Harrosh to file his opening brief on summary judgment to 14 days after Defendant Tahoe Regional Planning Agency lodges and serves the Third Amended Administrative Record.

DATED: May 16, 2023      BRISCOE IVESTER & BAZEL LLP


By: /s/ Peter Prows
PETER PROWS
Attorneys for Plaintiff Michael Harrosh

DATED: May 16, 2023

                      TAHOE REGIONAL PLANNING AGENCY


                      By: /s/ John Marshall *(per authorization May 16, 2023)*
                          JOHN MARSHALL
                          Attorney for Defendant Tahoe Regional Planning Agency


DATED: May 16, 2023         LAW OFFICE OF GREG GATTO


                      By: /s/ Greg Gatto *(per authorization May 16, 2023)*
                          GREG GATTO
                          Attorney for Defendants George and Virginia Johannessen
                          P.O. 85
                          Calpine, CA 96124

**Order**

GOOD CAUSE APPEARING, the time for Plaintiff to file his opening brief on summary judgment shall be fourteen days from lodging of a Third Amended Administrative Record.

DATED: May 18, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE