Debbie Leonard (#226547)
Leonard Law, PC
955 South Virginia Street, Suite 220
Reno, Nevada 89502
(775) 964-4656
debbie@leonardlawpc.com

John L. Marshall (#145570)
General Counsel
Tahoe Regional Planning Agency
P.O. Box 5310
Stateline NV 89449-5310
(775) 588-4547
jmarshall@trpa.gov

*Attorneys for Tahoe Regional Planning Agency*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARROSH,<br><br>Plaintiff,<br><br>v.<br><br>TAHOE REGIONAL PLANNING AGENCY; GEORGE AND VIRGINIA JOHANNESSEN,<br><br>Defendants. | 2:21-cv-01969-KJM-JDP<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SUPPLEMENTAL BRIEFS ADDRESSING JOINDER**<br><br>Judge: Honorable Kimberly J. Mueller |

**Stipulation and Order to Extend Deadline for Supplemental Briefs Addressing Joinder**

The parties, through their undersigned counsel, hereby stipulate and agree as follows:

1. On June 2, 2023, Plaintiff filed his motion for summary judgment. ECF 95.

2. On July 17, 2023, Defendants filed oppositions to Plaintiff's motion for summary judgment and filed cross-motions for summary judgment. ECF 96-100.

3. On August 1, 2023, Plaintiff filed his reply in support of motion for summary judgment and opposition to Defendants' cross-motions for summary judgment. ECF 101-102.

4. On August 15 and 16, 2023, Defendants filed their replies in support of the cross-motions for summary judgment. ECF 103-105.

5. On September 7, 2023, the Court entered an Order directing the parties to file simultaneous supplemental briefs within 14 days addressing joinder of California and Nevada under Federal Rule of Civil Procedure 19 ("Order re Joinder"). ECF 106.

6. The current deadline for the parties to file their supplemental briefs addressing joinder is September 21, 2023.

7. Counsel for TRPA has communicated with representatives from offices of the Attorney General of the respective compacting states, who have indicated that both Nevada and California need additional time to determine whether they wish to submit a filing to the Court that expresses a position as to the questions raised in the Order re Joinder. The questions raised in the Order re Joinder may also affect other compacts to which Nevada and California are parties.

8. The parties agree that the Court should invite California and Nevada to submit briefs by October 23, 2023 on the questions raised in the Court's Order re Joinder.

9. The parties also agree that their deadline to file their briefs in response to the Court's Order re Joinder should be extended to October 30, 2023.

10. There have been no prior requests for extension of time regarding the supplemental briefs on joinder.

DATED: September 18, 2023          DATED: September 18, 2023

---

**Stipulation and Order to Extend Deadline for Supplemental Briefs Addressing Joinder**     Page 1

| | |
|---|---|
| BRISCOE IVESTER & BAZEL LLP | LEONARD LAW, PC |
| /s/ Peter Prows (as authorized on 9/18/2023)<br>Peter Prows (#257819)<br>Tony Francois (#184100)<br>235 Montgomery Street, Suite 935<br>San Francisco, CA 94104<br>(415) 402-2700<br><br>*Attorneys for Plaintiff* | /s/ Debbie Leonard<br>Debbie Leonard (#226547)<br>955 South Virginia Street, Suite 220<br>Reno, Nevada 89502<br>(775) 964-4656<br><br>TAHOE REGIONAL PLANNING AGENCY<br>John L. Marshall, General Counsel (#145570)<br>P.O. Box 5310<br>Stateline NV 89449-5310<br>(775) 588-4547<br><br>*Attorneys for Defendant*<br>*Tahoe Regional Planning Agency*<br><br>DATED:  September 18, 2023<br><br>STOEL RIVES LLP<br><br>/s/ Kristen T. Castaños (as authorized on 9/18/2023)<br>Kristen T. Castaños (#198672)<br>Michael B. Brown (#179222)<br>Michael N. Mills (#191762)<br>Lauren V. Neuhaus (#327698)<br>500 Capitol Mall, Suite 1600<br>Sacramento, CA 95814<br>(916) 447-0700<br><br>LAW OFFICE OF GREG GATTO<br>Gregory C. Gatto (#226903)<br>PO Box 85<br>Calpine, CA 96124<br>(530) 205-6503<br><br>*Attorneys for Defendants*<br>*George and Virginia Johannessen* |

**Stipulation and Order to Extend Deadline for Supplemental Briefs Addressing Joinder**     **Page 2**

**Order**

1. California and Nevada are invited to submit briefs on the questions raised in the Court's Order re Joinder (ECF 106) on or before October 23, 2023. Counsel for TRPA shall communicate this invitation to the offices of the California Attorney General and the Nevada Attorney General.

2. The parties' deadline to submit their briefs in response to the Court's Order re Joinder is extended to October 30, 2023.

**IT IS SO ORDERED.**

DATED: September 20, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE