# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARROSH, | Case No.  2:21-cv-01969-KJM-JDP |
| Plaintiff, | ORDER REQUIRING PARTIES TO SHOW CAUSE WHY SECURITY SHOULD NOT BE RETURNED TO DEPOSITOR |
| v. | |
| TAHOE REGIONAL PLANNING AGENCY, et al., | **FOURTEEN-DAY DEADLINE** |
| Defendants. | |

On July 23, 2021, the Hon. Kimerly J. Mueller issued a temporary restraining order ("TRO") and ordered that Plaintiff must post $500.00 security, pursuant to Fed. R. Civ. P. 65(c). (ECF No. 19.)  The security was paid by depositor Nationwide Legal, LLC.  (Receipt No. #CAE200123674.)  On November 10, 2022, Judge Mueller denied Plaintiff's motion for a preliminary injunction and dissolved the TRO.  (ECF No. 48.)  Following cross-motions for summary judgment, Juge Mueller granted Plaintiff's motion as to his first claim but otherwise denied the motion; likewise, Juge Mueller granted the Defendants' motions as to claims two and three but otherwise denied those motions.  (ECF No. 118.)  Thereafter, Judge Mueller remanded the matter back to the agency for further proceedings consistent with the Court's order.  (Id.)

/ / /

/ / /

In light of the foregoing, the Court ORDERS any and all parties to show cause, in writing, within **fourteen (14) days** of entry of this order why the $500.00 security should not be returned to depositor Nationwide Legal, LLC.  If a party does not respond to this show cause order in writing, that lack of response will be construed as a non-opposition to an order by the Court.  Thereafter, the Court will determine whether to direct the Clerk of Court to return the security to the address of the depositor on file.

IT IS SO ORDERED.

Dated:   **March 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge