# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MICHAEL HARROSH,

      Plaintiff,

      v.

TAHOE REGIONAL PLANNING
AGENCY, et al.,

      Defendants.

Case No.  2:21-cv-01969-KJM-JDP

ORDER DIRECTING CLERK OF COURT TO
RECONVEY CASH SECURITY TO
DEPOSITOR

On October 25, 2022, the Hon. Kimerly J. Mueller issued a temporary restraining order ("TRO") and ordered that Plaintiff must post $500.00 security, pursuant to Fed. R. Civ. P. 65(c). (ECF No. 35.)  The security was posted on behalf of Plaintiff, by depositor Nationwide Legal, LLC. (Receipt No. #CAE200123674.)  On November 10, 2022, Judge Mueller denied Plaintiff's motion for a preliminary injunction and dissolved the TRO.  (ECF No. 48.)  Following cross-motions for summary judgment, Juge Mueller granted Plaintiff's motion as to his first claim but otherwise denied the motion; likewise, Juge Mueller granted the Defendants' motions as to claims two and three but otherwise denied those motions.  (ECF No. 118.)  Thereafter, Judge Mueller remanded the matter back to the agency for further proceedings consistent with the Court's order.  (Id.)

On March 18, 2026, the undersigned issued an order to show cause, directing all parties

to show cause in writing within fourteen days why the $500.00 security should not be returned to depositor Nationwide Legal, LLC.  (ECF No. 126.)  The Court's order further stated that failure to file a timely response would be construed as a non-opposition.  (Id.)  Following fourteen days, no party has filed a response.

Accordingly, IT IS HEREBY ORDERED THAT the $500.00 security shall be reconveyed to depositor Nationwide Legal, LLC.  The Clerk of Court is DIRECTED to serve a copy of this order on depositor Nationwide Legal, LLC, as well as return the $500.00 security to the address on record for Nationwide Legal, LLC.

IT IS SO ORDERED.

Dated:   **April 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2